

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Atain Specialty Insurance Company

Appellate case number:   01-21-00237-CV

Trial court case number:  CV-0085834

Trial court:                      County Court at Law No. 2 of Galveston County

Real parties in interest Jamie Blackburn and Ron Hoss Strimple, Individually and as Next Friend of C.S., filed a motion for extension of time in which to file their response to relator's petition for writ of mandamus. Real parties in interest's motion is **granted**. Real parties in interest's response is due July 7, 2021.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually


Date:  June 10, 2021